UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**LAURA WEIR,**

        Plaintiff,

   -vs-

                                    Case No. 13-C-848

**CAROLYN COLVIN, Acting Commissioner of
Social Security,**

        Defendant.

## DECISION AND ORDER

This matter comes before the Court on Laura Weir's motion for leave to proceed in forma pauperis on appeal from the denial of her application for social security disability benefits. Weir's petition demonstrates an inability to pay the costs associated with this lawsuit, and the complaint reveals an actionable claim for relief. 28 U.S.C. § 1915.

Therefore, Weir's motion [ECF No. 2] is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 1st day of August, 2013.

                                                    BY THE COURT:

                                                    _____
                                                    HON. RUDOLPH T. RANDA
                                                    **U.S. District Judge**